**\*IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES LTD., | : | |
| Plaintiff, | : | CASE NO. 2:23-cv-890 |
| v. | : | Judge Mia Roberts Perez |
| CONNECTIFY, INC. AND DOES 1-100, | : | |
| Defendants. | : | |

**DEFENDANT CONNECTIFY, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Connectify, Inc., through its undersigned counsel, hereby submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  Connectify, Inc., a non-governmental corporate entity, does not have any parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

*/s/ Samantha B. Kats*
Kevin R. Casey, Esquire (Pa. Attorney No. 58083)
Patrick R. Kingsley (Pa. Attorney No. 62915)
Samantha B. Kats (Pa. Attorney No. 316178)
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA 19355
610-640-5800
Kcasey@stradley.com
pkingsley@stradley.com
skats@stradley.com

*Counsel for Defendant, Connectify, Inc.*

Dated:  August 31, 2023