IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES, LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 23-890 |
| | : | |
| CONNECTIFY, INC. | : | |
| | : | |

ORDER

AND NOW, this 15th day of September, 2023, it is hereby ORDERED as follows:

1. Defendant Connectify Inc.'s Motion to Dismiss (ECF No. 10) is **DENIED AS MOOT.**

2. Plaintiff's Consent Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss (ECF No. 19) is **GRANTED.**

3. Plaintiff must file a response to Defendant's Motion to Dismiss at ECF No. 18 by September 22, 2023.

BY THE COURT:

_____
Hon. Mia R. Perez