**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| BOUNTS TECHNOLOGIES LTD., | : |
| Plaintiff, | : CASE NO. 2:23-cv-890 |
| v. | : Judge Mia Roberts Perez |
| CONNECTIFY, INC. AND DOES 1-100, | : |
| Defendants. | : |

## MOTION OF DEFENDANT, CONNECTIFY, INC., FOR RULE 11 SANCTIONS AGAINST PLAINTIFF AND ITS COUNSEL

Defendant, Connectify, Inc. ("Connectify") hereby moves for an order imposing sanctions against Plaintiff, Bounts Technologies Ltd. ("Plaintiff"), and its counsel, Todd E. Zenger, Esquire, Ryan E. Borneman, Esquire, and Mark. E. Seiberling, Esquire, pursuant to Rule 11 of the Federal Rules of Civil Procedure and incorporates herein by reference the accompanying Brief and Exhibits.

Respectfully submitted,

Stradley Ronon Stevens & Young, LLP

*/s/ Samantha Kats*
Kevin R. Casey, Esq. (Pa. ID No. 58083)
Patrick R. Kingsley, Esq. (Pa. ID No. 62915)
Samantha B. Kats, Esq. (Pa. ID No. 316178)
30 Valley Stream Parkway
Malvern, PA 19355
610-640-5800
Kcasey@stradley.com
Pkingsley@stradley.com
Skats@stradley.com

*Attorneys for Defendant, Connectify, Inc.*

Dated:  September 22, 2023