## **CERTIFICATE OF SERVICE**

I, Samantha B. Kats, Esquire, hereby certify that on September 22, 2023, I caused a true and correct copy of the foregoing Rule 11 Motion for sanctions, exhibits thereto and Brief in support thereof to be filed electronically with the Court, where it is available for viewing and downloading from the Court's electronic filing system, and that such electronic filing automatically generates a Notice of Filing constituting service of the filed document on the counsel of record identified on the docket.

                                                                                       */s/ Samantha B. Kats*
                                                                                       Samantha B. Kats