**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES LTD., | : | |
| Plaintiff, | : | |
| | : | CASE NO. 2:23-cv-890 |
| v. | : | |
| | : | |
| CONNECTIFY, INC. AND DOES 1-100, | : | Judge Mia Roberts Perez |
| Defendants. | : | |

**ORDER**

AND NOW, on this ____day of _____, 2023, upon consideration of the

Motion of Defendant, Connectify, Inc. ("Connectify"), for Rule 11 Sanctions against Plaintiff

and its counsel Todd E. Zenger, Esquire, Ryan E. Borneman, Esquire, and Mark. E. Seiberling,

Esquire, and any response thereto, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that

Connectify's Motion is **GRANTED**.

It is further **ORDERED** that the Amended Complaint is **DISMISSED WITH**

**PREJUDICE**, and within twenty (20) days of the entry of this Order, Connectify shall submit an

itemization of costs and fees incurred in connection with this action, which reasonable fees shall

be paid by counsel for Plaintiff.

BY THE COURT:

_____
Mia Roberts Perez, J.