IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOUNTS TECHNOLOGIES LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTIFY, INC. AND DOES 1-100,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-890<br><br>Judge Mia Roberts Perez |

### MOTION OF DEFENDANT, CONNECTIFY, INC., TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT AND PLAINTIFF'S OPPOSITION TO CONNECTIFY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant, Connectify, Inc. ("Connectify"), by and through its counsel, Stradley Ronon Stevens & Young, LLP, moves to strike Plaintiff's Second Amended Complaint (Dkt. No. 26) and Plaintiff's Opposition to Connectify's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 27) pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant incorporates by reference the accompanying Memorandum of Law. A proposed Order is attached.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Samantha B. Kats
　　　　　　　　　　　　　　　　　　Kevin R. Casey, Esquire (Pa. Attorney No. 58083)
　　　　　　　　　　　　　　　　　　Patrick R. Kingsley (Pa. Attorney No. 62915)
　　　　　　　　　　　　　　　　　　Samantha B. Kats (Pa. Attorney No. 316178)
　　　　　　　　　　　　　　　　　　STRADLEY RONON STEVENS & YOUNG, LLP
　　　　　　　　　　　　　　　　　　30 Valley Stream Parkway
　　　　　　　　　　　　　　　　　　Malvern, PA 19355
　　　　　　　　　　　　　　　　　　610-640-5800
　　　　　　　　　　　　　　　　　　Kcasey@stradley.com
　　　　　　　　　　　　　　　　　　*Counsel for Defendant, Connectify, Inc.*

Dated: October 3, 2023