IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOUNTS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONNECTIFY, INC. AND DOES 1-100, <br><br> Defendants. | CASE NO. 2:23-cv-890 <br><br> Judge Mia Roberts Perez |

**ORDER**

AND NOW this ____ day of _____, 2023, upon consideration of the Motion of Defendant, Connectify, Inc. ("Connectify"), to Strike Plaintiff's Second Amended Complaint (Dkt. No. 26) and Plaintiff's Opposition to Connectify's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 27), and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs' Second Amended Complaint (Dkt. No. 26) and any attachments and/or exhibits thereto, and Plaintiff's Opposition to Connectify's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 27), are hereby stricken from the record and the Clerk of Court shall remove Plaintiffs' Second Amended Complaint and Plaintiff's Opposition to Connectify's Motion to Dismiss Plaintiff's First Amended Complaint from the docket as of the date of the entry of this Order.

It is FURTHER ORDERED that Connectify's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED as unopposed and Plaintiff's First Amended Complaint is DISMISSED with prejudice.

2

It is FURTHER ORDERED that Connectify is awarded its reasonable costs and attorneys' fees related to the preparation, filing, and prosecution of this Motion to Strike. Connectify shall submit an appropriate fee and cost application within fourteen (14) days of the date of this Order and Plaintiff shall file its opposition, if any, within fourteen (14) days of service of the Fee and Cost Petition.

BY THE COURT:

_____
Honorable Mia Roberts Perez, J.