IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES, LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO.  23-890 |
| | : | |
| CONNECTIFY, INC. | : | |
| | : | |

## ORDER

AND NOW, this __th day of _____, 2023, it is hereby ORDERED as follows:

1. Defendant's Motion for Sanctions (ECF 11) is DENIED as not incompliance with Fed. R. Civ. Proc. 11.

2. Defendant's Motion for Sanctions (ECF 24) is DENIED on the merits.

3. Plaintiff is awarded attorney's fees for defending the motions.

BY THE COURT:

_____

Hon. Mia R. Perez