IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES LTD., | : : : | CIVIL ACTION NO. |
| Plaintiff, | : : | 2:23-cv-00890-MRP |
| v. | : : | |
| CONNECTIFY, INC., and DOES 1-100 | : : : | |
| Defendants. | : : | |

**CERTIFICATE OF SERVICE**

**OF**

**OPPOSITION MEMORANDUM OF PLAINTIFF**

**TO DEFENDANT'S SECOND MOTION FOR SANCTIONS**

I certify that the memorandum entitled

**OPPOSITION MEMORANDUM OF PLAINTIFF**

**TO DEFENDANT'S SECOND MOTION FOR SANCTIONS**

was duly filed using the court's electronic filing system on Oct. 6, 2023 causing service on the following counsel, and/or that the forgoing was served on the following counsel by email:

Kevin R. Casey
Patrick R. Kingsley
Samantha B. Kats
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
tel.:    610.640.5813

*/s/ Todd E. Zenger*

1