## CERTIFICATE OF SERVICE

       I, Samantha B. Kats, Esquire, hereby certify that on October 10, 2023, I caused a true and correct copy of the foregoing Reply Brief in further support of Connectify's Second Motion for Rule 11 Sanctions to be filed electronically with the Court, where it is available for viewing and downloading from the Court's electronic filing system, and that such electronic filing automatically generates a Notice of Filing constituting service of the filed document on the counsel of record identified on the docket.

                                        */s/ Samantha B. Kats*
                                        Samantha B. Kats

5792162