# EXHIBIT 2

| | |
|---|---|
| **From:** | Todd Zenger |
| **To:** | Casey, Kevin R. |
| **Cc:** | reborneman@duanemorris.com |
| **Subject:** | RE: Bounts v. Connectify, 2:23-cv-00890-MRP |
| **Date:** | Wednesday, September 13, 2023 1:55:55 PM |
| **Attachments:** | image002.png |

Thank you.

Todd Z.

**From:** Casey, Kevin R. <KCasey@STRADLEY.COM>
**Sent:** Wednesday, September 13, 2023 5:55 AM
**To:** Todd Zenger <tzenger@durenip.com>
**Cc:** reborneman@duanemorris.com
**Subject:** RE: Bounts v. Connectify, 2:23-cv-00890-MRP

Confirmed.

bio | vcard | email | map | website

**Kevin R. Casey**
Chair, Intellectual Property Group
Co-Chair, IP Litigation and ADR Groups
Stradley Ronon Stevens & Young, LLP
p: 610.640.5813 | c: 267.255.3356
f: 610.640.1965
30 Valley Stream Parkway
Malvern, PA 19355-1481



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Todd Zenger <tzenger@durenip.com>
**Sent:** Tuesday, September 12, 2023 5:28 PM
**To:** Casey, Kevin R. <KCasey@STRADLEY.COM>
**Cc:** reborneman@duanemorris.com
**Subject:** RE: Bounts v. Connectify, 2:23-cv-00890-MRP

Kevin –

As a result, I understand I have a one-week extension related to all filings associated with your August 22, 2023 notice letter and associated with Connectify's second motion to dismiss filed September 1, 2023..

Please confirm.

Thank you.

**From:** Todd Zenger <tzenger@durenip.com>
**Sent:** Monday, September 11, 2023 1:22 PM
**To:** Casey, Kevin R. <KCasey@STRADLEY.COM>
**Cc:** reborneman@duanemorris.com
**Subject:** RE: Bounts v. Connectify, 2:23-cv-00890-MRP

Thank you kiudly.

Todd

**From:** Casey, Kevin R. <KCasey@STRADLEY.COM>
**Sent:** Monday, September 11, 2023 11:27 AM
**To:** Todd Zenger <tzenger@durenip.com>
**Cc:** reborneman@duanemorris.com
**Subject:** RE: Bounts v. Connectify, 2:23-cv-00890-MRP

Hi, Todd,

What horrible news. My sincere condolences to you and your family. Of course we confirm a one-week extension under these circumstances. Feel free to inform the Court of the extension.

Regards,
Kevin

bio | vcard | email | map | website

**Kevin R. Casey**
Chair, Intellectual Property Group
Co-Chair, IP Litigation and ADR Groups
Stradley Ronon Stevens & Young, LLP
p: 610.640.5813 | c: 267.255.3356
f: 610.640.1965
30 Valley Stream Parkway
Malvern, PA 19355-1481



This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Todd Zenger <tzenger@durenip.com>
**Sent:** Monday, September 11, 2023 11:38 AM
**To:** Casey, Kevin R. <KCasey@STRADLEY.COM>
**Cc:** reborneman@duanemorris.com
**Subject:** Bounts v. Connectify, 2:23-cv-00890-MRP

**External Email - Think Before You Click**

Kevin –

We lost a granddaughter on August 31 2023.

That has taken me out of the office many days since then.

May I please have a one-week extension of time for all current filing obligations and other filings permitted under the Rules in this case?

Please confirm.

*Todd E. Zenger*

610 E. South Temple Street, Suite 300 · Salt Lake City, Utah 84102 ·
(801) 869-8535 direct dial · tzenger@durenip.com

NOTICE:  This e-mail is confidential and/or may be subject to legal privilege.  It is intended solely for the recipient(s) named above.  If you are not an intended recipient, please so advise by calling the sender at 801-869-8538, and kindly delete this e-mail permanently from your system.  Any unauthorized review, copying or other handling of this e-mail is strictly prohibited.