# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOUNTS TECHNOLOGIES LTD.,** : | |
| : | **CIVIL ACTION NO.** |
| **Plaintiff,** : | |
| : | **2:23-cv-00890-MRP** |
| v. : | |
| : | |
| **CONNECTIFY, INC., and DOES 1-100** : | |
| : | |
| **Defendants.** : | |

CERTIFICATE OF SERVICE

I certify that the paper:

**MEMORANDUM OF PLAINTIFF IN OPPOSITION
TO DEFENDANT'S MOTION TO STRIKE
PLAINTIFF'S SECOND AMENDED COMPLAINT
AND
IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS THE FIRST AMENDED COMPLAINT**

was duly filed using the court's electronic filing system on October 17, 2023 causing service on the following counsel, and/or that the forgoing was served on the following counsel by email:

Kevin R. Casey
Patrick R. Kingsley
Samantha B. Kats
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
tel.:     610.640.5813

1

2

/s/  *Todd E. Zenger*

Todd E. Zenger
DUREN IP PC
610 E. South Temple Street,
Suite 300
Salt Lake City, UT 84102
801-869-8535