# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES, LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO.  23-890 |
| | : | |
| CONNECTIFY, INC. | : | |
| | : | |

ORDER

AND NOW, this ___th day of _____, 2023, it is hereby ORDERED as follows:

1. Defendant's Motion to Stike Sanctions (ECF 28) is DENIED.

BY THE COURT:

_____

Hon. Mia R. Perez