IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOUNTS TECHNOLOGIES LTD., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CONNECTIFY, INC. and DOES 1–100, | : | NO. 2:23-cv-890-MRP |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 6th day of February, 2025, upon consideration of Defendants' Motion to Strike (ECF No. 28), and all responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Strike is **DENIED**;

2. Plaintiff's Second Amended Complaint (ECF No. 26) is deemed properly filed;

3. Defendant shall respond to the Second Amended Complaint within twenty-one (21) days of the entry of this Order; and

4. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 18) is **DENIED AS MOOT**.

BY THE COURT:

_____
Hon. Mia R. Perez