IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOUNTS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONNECTIFY, INC. AND DOES 1-100, <br><br> Defendants. | CASE NO. 2:23-cv-890 <br><br> Judge Mia Roberts Perez |

**MOTION OF DEFENDANT, CONNECTIFY, INC.,
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

    Defendant, Connectify, Inc. ("Connectify"), by and through its counsel, Stradley Ronon Stevens & Young, LLP, moves for dismissal with prejudice of Plaintiff's Second Amended Complaint [Dkt. No. 26] pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted because the claims of U.S. Patent No. 9,258,309 fail to recite patent-eligible subject matter and are invalid under 35 U.S.C. § 101.

    In support of this Motion, Connectify incorporates its accompanying Memorandum of Law. A proposed Order is attached.

    Respectfully submitted,

/s/ Samantha B. Kats
Patrick R. Kingsley (Pa. Attorney No. 62915)
Philip J. Foret, Esquire (Pa. Attorney No. 87509)
Samantha B. Kats (Pa. Attorney No. 316178)
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA 19355
610-640-5800
Skats@stradley.com
*Counsel for Defendant, Connectify, Inc.*

Dated: February 24, 2025