IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOUNTS TECHNOLOGIES LTD.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| **CONNECTIFY, INC. and DOES 1–100,** | : | NO. 2:23-cv-890-MRP |
| Defendants. | : | |

## ORDER

**AND NOW,** this 30th day of April, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 40), and all responses thereto, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall file an Answer to Plaintiff's Second Amended Complaint within twenty-one (21) days of the entry of this Order.

BY THE COURT:

_____
Hon. Mia R. Perez