IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOUNTS TECHNOLOGIES LTD., | : |
| Plaintiff, | : CASE NO. 2:23-cv-890 |
| v. | : Judge Mia Roberts Perez |
| CONNECTIFY, INC. AND DOES 1-100, | : |
| Defendants. | : |

## MOTION TO STAY PROCEEDINGS

Defendant, Connectify, Inc. ("Connectify"), by and through its counsel Stradley, Ronon, Stevens, and Young, LLP, hereby moves to stay this action pursuant to the Court's inherent powers as described in *Landis v. North American Co.*, 299 U.S. 248 (1936), pending resolution of the United States Patent and Trademark Office's *Ex Parte* Reexamination of U.S. Patent No. 9,258,309. In support thereof, Connectify incorporates herein by reference the accompanying memorandum of law and exhibits. A proposed form of Order is attached.

Dated:   September 26, 2025          Respectfully submitted,

*/s/ Patrick R. Kingsley*
Patrick R. Kingsley (Pa. Attorney No. 62915)
Philip J. Foret (Pa. Attorney No. 87509)
Samantha B. Kats (Pa. Attorney No. 316178)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
610-640-5800
pforet@stradley.com
*Counsel for Defendant, Connectify, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOUNTS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONNECTIFY, INC. AND DOES 1-100, <br><br> Defendants. | CASE NO. 2:23-cv-890 <br><br> Judge Mia Roberts Perez |

### ORDER

**AND NOW**, this _____ day of _____, 2025, upon review of Defendant's Motion to Stay, any response thereto, and the arguments made by the parties during oral argument, it is hereby **ORDERED** that Defendant's Motion to Stay is **GRANTED** as follows:

It is hereby **ORDERED** that this matter is **STAYED** pending the disposition of United States Patent and Trademark Office's *Ex Parte* Reexamination of U.S. Patent No. 9,258,309.

BY THE COURT:

_____
, J.

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I caused the foregoing Motion to be electronically filed, and I hereby certify that I thereby electronically served this document upon all counsel of record who are registered with this Court's CM/ECF system.

Dated:   September 26, 2025

*/s/ Chelsea A. Biemiller*
Patrick R. Kingsley (Pa. Attorney No. 62915)
Philip J. Foret (Pa. Attorney No. 87509)
Chelsea A. Biemiller (Pa. Attorney No. 319625)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
610-640-5800
pforet@stradley.com
*Counsel for Defendant, Connectify, Inc.*

6298937