# EXHIBIT B



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]............................................................... 15541
    a. By patent owner    4066   26.2%
    b. by other member of the public    11300   72.7%
    c. By order of Commissioner    175   1.1%

2. Number of Filings by discipline
    a. Chemical Operation    4032   25.9%
    b. Electrical Operation    5978   38.5%
    c. Mechanical Operation    5095   32.8%
    d. Design Patents    436   2.8%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation............................................................................................... 6099   39.2%

5. Decisions on requests [2] ................................................................................. 15536
    a. No. granted    14386   92.6%
        (1) By examiner    14197
        (2) By Director (on petition)    189
    b. No. denied    1244   8.0%
        (1) By examiner    1150
        (2) Reexam vacated    94

6. Total examiner denials (includes denials reversed by Director)................................... 1138
    a. Patent owner requester    533   46.8%
    b. Third party requester    605   53.2%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency                               25.1 (mos.)

    b. Median pendency                                18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) ......................................   12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER            6853

        a. All claims confirmed           1620     23.6%

        b. All claims canceled            781     11.4%

        c. Claims changed             4452     65.0%

    b. Certificates – 3rd PARTY REQUESTER                5794

        a. All claims confirmed           1172     20.2%

        b. All claims canceled            980     16.9%

        c. Claims changed             3642     62.9%

    c. Certificates – COMMISSIONER INITIATED REEXAM       174

        a. All claims confirmed             17     9.8%

        b. All claims canceled             46     26.4%

        c. Claims changed             111     63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
2/2



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] .............................................................     15114

      a. By patent owner     4027    26.6%

      b. by other member of the public     10912    72.2%

      c. By order of Commissioner     175    1.2%

2. Number of Filings by discipline

      a. Chemical Operation     3977    26.3%

      b. Electrical Operation     5796    38.3%

      c. Mechanical Operation     4989    33.0%

      d. Design Patents     352    2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation ...........................................................................................     5593    37.0%

5. Decisions on requests [2] ....................................................................     14485

      a. No. granted     13376    92.3%

         (1) By examiner     13187

         (2) By Director (on petition)     189

      b. No. denied     1198    8.3%

         (1) By examiner     1109

         (2) Reexam vacated     89

6. Total examiner denials (includes denials reversed by Director) ...................................     1110

      a. Patent owner requester     526    47.4%

      b. Third party requester     584    52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency                                        25.2 (mos.)

    b. Median pendency                                          18.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………… 12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER           3983

          a. All claims confirmed         854   21.4%

          b. All claims canceled         400   10.0%

          c. Claims changed          2729   68.5%

    b. Certificates – 3rd PARTY REQUESTER           8226

          a. All claims confirmed      1804   21.9%

          b. All claims canceled      1250   15.2%

          c. Claims changed        5172   62.9%

    c. Certificates – COMMISSIONER INITIATED REEXAM    174

          a. All claims confirmed          17   9.8%

          b. All claims canceled         46   26.4%

          c. Claims changed         111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ............................................................ 14827

    a. By patent owner 4001 27.0%

    b. by other member of the public 10651 71.8%

    c. By order of Commissioner 175 1.2%


2. Number of Filings by discipline

    a. Chemical Operation 3937 26.6%

    b. Electrical Operation 5644 38.1%

    c. Mechanical Operation 4917 33.2%

    d. Design Patents 329 2.2%


3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation.................................................................................... 5592 37.7%

5. Decisions on requests [2] ............................................................................. 14485

    a. No. granted 13376 92.3%

        (1) By examiner 13187

        (2) By Director (on petition) 189

    b. No. denied 1198 8.3%

        (1) By examiner 1109

        (2) Reexam vacated 89

6. Total examiner denials (includes denials reversed by Director)................................... 1110

    a. Patent owner requester 526 47.4%

    b. Third party requester 584 52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency          25.0 (mos.)
    b. Median pendency          19.1 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………… 12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER      3980
        a. All claims confirmed      851    21.4%
        b. All claims canceled      395    9.9%
        c. Claims changed      2734    68.7%
    b. Certificates – 3rd PARTY REQUESTER      8008
        a. All claims confirmed      1724    21.5%
        b. All claims canceled      1182    14.8%
        c. Claims changed      5102    63.7%
    c. Certificates – COMMISSIONER INITIATED REEXAM      174
        a. All claims confirmed      17    9.8%
        b. All claims canceled      46    26.4%
        c. Claims changed      111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]........................................................    14489
   - a. By patent owner                                  3979    27.5%
   - b. by other member of the public                    10335   71.3%
   - c. By order of Commissioner                         175     1.2%

2. Number of Filings by discipline
   - a. Chemical Operation                               3889    26.8%
   - b. Electrical Operation                             5452    37.6%
   - c. Mechanical Operation                             4844    33.4%
   - d. Design Patents                                   304     2.1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation.........................................................................................    5593    38.6%

5. Decisions on requests [2] .........................................................................    14491
   - a. No. granted                                      13386   92.4%
     - (1) By examiner                                   13197
     - (2) By Director (on petition)                     189
   - b. No. denied                                       1185    8.2%
     - (1) By examiner                                   1105
     - (2) Reexam vacated                                80

6. Total examiner denials (includes denials reversed by Director)...................................    1105
   - a. Patent owner requester                           526     47.6%
   - b. Third party requester                            579     52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency                                                        26.0 (mos.)

    b. Median pendency                                                        19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER               3957

          a. All claims confirmed          846    21.4%

          b. All claims canceled          386    9.8%

          c. Claims changed          2725    68.9%

    b. Certificates – 3rd PARTY REQUESTER                 7812

          a. All claims confirmed      1667    21.3%

          b. All claims canceled      1127    14.4%

          c. Claims changed        5018    64.2%

    c. Certificates – COMMISSIONER INITIATED REEXAM        174

          a. All claims confirmed         17    9.8%

          b. All claims canceled         46    26.4%

          c. Claims changed        111    63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]................................................................ 14185
    a. By patent owner ........ 3954   27.9%
    b. by other member of the public ........ 10056   70.9%
    c. By order of Commissioner ........ 175   1.2%

2. Number of Filings by discipline
    a. Chemical Operation ........ 3843   27.1%
    b. Electrical Operation ........ 5279   37.2%
    c. Mechanical Operation ........ 4790   33.8%
    d. Design Patents ........ 273   1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation.................................................................................... 5428   38.3%

5. Decisions on requests [2] ............................................................................................. 14185
    a. No. granted ........ 13082   92.2%
        (1) By examiner ........ 12888
        (2) By Director (on petition) ........ 194
    b. No. denied ........ 1183   8.3%
        (1) By examiner ........ 1103
        (2) Reexam vacated ........ 80

6. Total examiner denials (includes denials reversed by Director)................................... 1103
    a. Patent owner requester ........ 525   47.6%
    b. Third party requester ........ 578   52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date).......................
      a. Average pendency                                                   25.7 (mos.)
      b. Median pendency                                                 19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ......................................  12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                   3960
                a. All claims confirmed              809   20.4%
                b. All claims canceled               396   10.0%
                c. Claims changed                 2755   69.6%
      b. Certificates – 3rd PARTY REQUESTER                        8630
                a. All claims confirmed           1846   21.4%
                b. All claims canceled           1226   14.2%
                c. Claims changed           5558   64.4%
      c. Certificates – COMMISSIONER INITIATED REEXAM            174
                a. All claims confirmed                17   9.8%
                b. All claims canceled                46   26.4%
                c. Claims changed               111   63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………….…    13987

    a. By patent owner    3919    28%

    b. by other member of the public    9893    71%

    c. By order of Commissioner    175    1%


2. Number of Filings by discipline

    a. Chemical Operation    3791    27%

    b. Electrical Operation    5214    37%

    c. Mechanical Operation    4732    34%

    d. Design Patents    250    2%


3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation……………………………………………………………………….    1938    14%


5. Decisions on requests [2] ……………………………………………………………………….    14130

    a. No. granted    12905    91%

      (1) By examiner    12718

      (2) By Director (on petition)    187

    b. No. denied    1277    9%

      (1) By examiner    1225

      (2) Reexam vacated    52


6. Total examiner denials (includes denials reversed by Director)………………………….    1226

    a. Patent owner requester    524    43%

    b. Third party requester    702    57%


1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
     a. Average pendency                                        25.8 (mos.)
     b. Median pendency                                         19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)...................     11980

|  | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
     a. Certificates – PATENT OWNER REQUESTER           3325
          a. All claims confirmed         693    21%
          b. All claims canceled          300    9%
          c. Claims changed           2332    70%
     b. Certificates – 3rd PARTY REQUESTER           8481
          a. All claims confirmed        1769    21%
          b. All claims canceled       1170    14%
          c. Claims changed         5542    65%
     c. Certificates – COMMISSIONER INITIATED REEXAM      174
          a. All claims confirmed           18    10%
          b. All claims canceled          47    27%
          c. Claims changed         109    63%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

2/2



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81...................................................... 14005

    a. By patent owner — 4137 — 30%

    b. by other member of the public — 9825 — 70%

    c. By order of Commissioner — 43 — 0%

2. Number of Filings by discipline

    a. Chemical Operation — 3782 — 27%

    b. Electrical Operation — 5270 — 38%

    c. Mechanical Operation — 4717 — 34%

    d. Design Patents — 236 — 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation........................................................................... 4731 — 34%

5. Decisions on requests.......................................................................... 13178

    a. No. granted — 12042 — 91%

        (1) By examiner — 11891

        (2) By Director (on petition) — 151

    b. No. denied — 1136 — 9%

        (1) By examiner — 1089

        (2) Reexam vacated — 47

6. Total examiner denials (includes denials reversed by Director)................................... 2272

    a. Patent owner requester — 586 — 26%

    b. Third party requester — 1686 — 74%

7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency — 27.7 (mos.)

    b. Median pendency — 19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All claims canceled | 3% | 10% | 0% | 12% |
| c. Claims changed | 20% | 47% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................ 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................... | 13641 | |
|     a. By patent owner | 3912 | 29% |
|     b. by other member of the public | 9686 | 71% |
|     c. By order of Commissioner | 43 | 0% |

| | | |
|---|---|---|
| 2. Number of Filings by dicipline | | |
|     a. Chemical Operation | 3670 | 27% |
|     b. Electrical Operation | 5148 | 38% |
|     c. Mechanical Operation | 4596 | 34% |
|     d. Design Patents | 227 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation................................................................. | 4648 | 34% |

| | | |
|---|---|---|
| 5. Decisions on requests................................................................ | 13147 | |
|     a. No. granted | 12047 | 92% |
|         (1) By examiner | 11913 | |
|         (2) By Director (on petition) | 134 | |
|     b. No. denied | 1100 | 8% |
|         (1) By examiner | 1054 | |
|         (2) Reexam vacated | 46 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director).................................. | 1056 | |
|     a. Patent owner requester | 494 | 47% |
|     b. Third party requester | 562 | 53% |

| | | |
|---|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)........................ | | |
|     a. Average pendency | 26.4 | (mos.) |
|     b. Median pendency | 19.4 | (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
|     a. All claims confirmed | 690 | 21% |
|     b. All calims cancled | 293 | 9% |
|     c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
|     a. All claims confirmed | 1681 | 21% |
|     b. All calims cancled | 1062 | 13% |
|     c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
|     a. All claims confirmed | 2 | 5% |
|     b. All calims cancled | 23 | 56% |
|     c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte reexam on 07/01/81*................................................................ | | 13450 |
| a. By patent owner | 3887 | 29% |
| b. by other member of the public | 9520 | 71% |
| c. By order of Commissioner | 43 | 0% |

| | | |
|---|---|---|
| 2. Number of Filings by dicipline | | |
| a. Chemical Operation | 3632 | 27% |
| b. Electrical Operation | 5085 | 38% |
| c. Mechanical Operation | 4521 | 34% |
| d. Design Patents | 212 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation........................................................................................ | 4350 | 32% |

| | | |
|---|---|---|
| 5. Decisions on requests........................................................................................ | | 12929 |
| a. No. granted | 11835 | 92% |
| (1) By examiner | 11704 | |
| (2) By Director (on petition) | 131 | |
| b. No. denied | 1094 | 8% |
| (1) By examiner | 1048 | |
| (2) Reexam vacated | 46 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director)..................................... | | 1048 |
| a. Patent owner requester | 492 | 47% |
| b. Third party requester | 556 | 53% |

| | | |
|---|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)........................ | | |
| a. Average pendency | | 25.77 (mos.) |
| b. Median pendency | | 20.2 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 0% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ......................... 10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
|    a. All claims confirmed | 685 | 21% |
|    b. All calims cancled | 291 | 9% |
|    c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
|    a. All claims confirmed | 1631 | 22% |
|    b. All calims cancled | 999 | 13% |
|    c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
|    a. All claims confirmed | 2 | 5% |
|    b. All calims cancled | 23 | 56% |
|    c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*.............................................................. 13136
 a. By patent owner    3957   30%
 b. by other member of the public    9014   69%
 c. By order of Commissioner    165   1%

2. Number of Filings by dicipline
 a. Chemical Operation    3569   27%
 b. Electrical Operation    5265   40%
 c. Mechanical Operation    4418   34%
 d. Design Patents    220   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation............................................................................. 4819   37%

5. Decisions on requests............................................................................. 12641
 a. No. granted    11623   92%
  (1) By examiner    11492
  (2) By Director (on petition)    131
 b. No. denied    1018   8%
  (1) By examiner    980
  (2) Reexam vacated    38

6. Total examiner denials (includes denials reversed by Director)................................... 1118
 a. Patent owner requester    496   44%
 b. Third party requester    622   56%

7. Overall reexamination pendency (Filing date to certificate issue date)........................
 a. Average pendency    26.5 (mos.)
 b. Median pendency    19.6 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 1% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ............................ 10951

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2331 | 21% |
| b. Certificates with all claims canceled | 1334 | 12% |
| c. Certificates with claims changes | 7286 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3268 |
|     a. All claims confirmed | 685 | 21% |
|     b. All calims cancled | 291 | 9% |
|     c. Claims changed | 2292 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7513 |
|     a. All claims confirmed | 1628 | 22% |
|     b. All calims cancled | 998 | 13% |
|     c. Claims changed | 4887 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
|     a. All claims confirmed | 18 | 11% |
|     b. All calims cancled | 45 | 26% |
|     c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81……………………………………………….    13217

    a. By patent owner                                                                        3833    29%

    b. by other member of the public                                                        9217    70%

    c. By order of Commissioner                                                             167    1%

2. Number of Filings by dicipline

    a. Chemical Operation                                                                    3516    27%

    b. Electrical Operation                                                                  5167    39%

    c. Mechanical Operation                                                                  4330    33%

    d. Design Patents                                                                        204    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation…………………………………………………………………    4362    33%

5. Decisions on requests……………………………………………………………………    12429

    a. No. granted                                                                          11402    92%

      (1) By examiner                                                                11271

      (2) By Director (on petition)                                                  131

    b. No. denied                                                                           1027    8%

      (1) By examiner                                                                990

      (2) Reexam vacated                                                             37

6. Total examiner denials (includes denials reversed by Director)………………………………    1067

    a. Patent owner requester                                                               665    62%

    b. Third party requester                                                                621    58%

7. Overall reexamination pendency (Filing date to certificate issue date)…………………….

    a. Average pendency                                                                      22.3 (mos.)

    b. Median pendency                                                                       15.9 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 22% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 44% | 1% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 10698
    a. Certificates with all claims confirmed                 2303    22%
    b. Certificates with all claims canceled                 1301    12%
    c. Certificates with claims changes                  7094    66%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER            3256
        a. All claims confirmed                  685    21%
        b. All calims cancled                    289    9%
        c. Claims changed                    2282    70%
    b. Certificates – 3rd PARTY REQUESTER               7272
        a. All claims confirmed              1600    22%
        b. All calims cancled                 967    13%
        c. Claims changed                 4705    65%
    c. Certificates – COMMISSIONER INITIATED REEXAM        170
        a. All claims confirmed                   18    11%
        b. All calims cancled                    45    26%
        c. Claims changed                   107    63%

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*.....................................  12874
  a. By patent owner   3833   30%
  b. by other member of the public   8874   69%
  c. By order of Commissioner   167   1%

2. Number of Filings by dicipline
  a. Chemical Operation   3435   27%
  b. Electrical Operation   5001   39%
  c. Mechanical Operation   4234   33%
  d. Design Patents   204   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation.....................................  4167   32%

5. Decisions on requests.....................................  12016
  a. No. granted   11013   92%
    (1) By examiner   10891
    (2) By Director (on petition)   122
  b. No. denied   1003   8%
    (1) By examiner   968
    (2) Reexam vacated   35

6. Total examiner denials (includes denials reversed by Director).....................................  1067
  a. Patent owner requester   498   47%
  b. Third party requester   606   57%

7. Overall reexamination pendency (Filing date to certificate issue date)
  a. Average pendency   27.8 (mos.)
  b. Median pendency   20.1 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

| 8. Reexam certificate claim analysis: | Owner Requeste | 3rd Party Requeste | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 8% | 0% | 11% |
| c. Claims changed | 21% | 40% | 1% | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................ 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*.....................................  12569

|   |   |   |
|---|---|---|
| a. By patent owner | 3872 | 31% |
| b. by other member of the public | 8532 | 68% |
| c. By order of Commissioner | 165 | 1% |

2. Number a. Chemical Operation                                    3373   27%
             b. Electrical Operation                                4831   38%
             c. Mechanical Operation                          4178   33%
             d. Design Patents                                       187   1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation......................................................................  3994   32%

5. Decisions on requests..................................................................................  11737

|   |   |   |
|---|---|---|
| a. No. granted............................................................................ | 10755 | 92% |
|     (1) By examiner | 10762 | |
|     (2) By Director (on petition) | 122 | |
| b. No. denied............................................................................ | 982 | 8% |
|     (1) By examiner | 961 | |
|     (2) Reexam vacated | 35 | |

6. Total examiner denials (includes denials reversed by Director)....................................  1078

|   |   |   |
|---|---|---|
| a. Patent owner requester | 496 | 46% |
| b. Third party requester | 582 | 54% |

7. Overall reexamination pendency (Filing date to certificate issue date)

|   |   |   |
|---|---|---|
| a. Average pendency | 27.9 | (mos.) |
| b. Median pendency | 20.5 | (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ............................ 9328

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2029 | 22% |
| b. Certificates with all claims canceled | 1063 | 11% |
| c. Certificates with claims changes | 6236 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3176 |
|     a. All claims confirmed | 669 | 21% |
|     b. All calims cancled | 280 | 9% |
|     c. Claims changed | 2227 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 6026 |
|     a. All claims confirmed | 1348 | 22% |
|     b. All calims cancled | 745 | 12% |
|     c. Claims changed | 3933 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
|     a. All claims confirmed | 18 | 11% |
|     b. All calims cancled | 38 | 23% |
|     c. Claims changed | 108 | 66% |

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

<u>*Ex Parte*</u> Reexamination Filing Data  -  September 30, 2011

1.   Total requests filed since start of *ex parte* reexam on 07/01/81...................................11782[1]

|  | | | |
|---|---|---|---|
| a. | By patent owner | 3801 | 33% |
| b. | By other member of public | 7815 | 66% |
| c. | By order of Commissioner | 166 | 1% |

2.   Number of filings by discipline

|  | | | |
|---|---|---|---|
| a. | Chemical Operation | 3211 | 27% |
| b. | Electrical Operation | 4405 | 37% |
| c. | Mechanical Operation | 3987 | 34% |
| d. | Design Patents | 179 | 2% |

3.   Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation…………...…….……….................. .3894……………33%

5.   Decisions on requests………………………………………………………………...11262

   a.  No. granted………………………………………………… 10333…………...92%

|  | | |
|---|---|---|
| (1) | By examiner | 10213 |
| (2) | By Director (on petition) | 120 |

   b.  No. denied ………………………………………………………929…………….....8%

|  | | |
|---|---|---|
| (1) | By examiner | 894 |
| (2) | Reexam vacated | 35 |

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director)…………........................1014

    a.  Patent owner requester                                        476     47%  
    b.  Third party requester                                        538     53%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                                     25.6 (mos.)  
    b.  Median pendency                                     19.9 (mos.)

8.  Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

    a.  Certificates with all claims confirmed            1943     23%  
    b.  Certificates with all claims canceled             974     11%  
    c.  Certificates with claims changes              5661     66%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………….3040

        (1)  All claims confirmed               651     21%  
        (2)  All claims canceled              264     9%  
        (3)  Claim changes                 2125     70%

    b.  Certificates – 3rd PARTY REQUESTER ………………………………………….5380

        (1)  All claims confirmed            1274     24%  
        (2)  All claims canceled             674     12%  
         (3)  Claim changes               3432     64%

    c.  Certificates – COMMISSIONER INITIATED REEXAM …………..………....158

        (1)  All claims confirmed              18     11%  
        (2)  All claims canceled              36     23%  
         (3)  Claim changes               104     66%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2010

1.  Total requests filed since start of *ex parte* reexam on 07/01/81................................. 11023[1]

   a.  By patent owner          3697     34%
   b.  By other member of public  7161   65%
   c.  By order of Commissioner  165     1%

2.  Number of filings by discipline

   a.  Chemical Operation     3068    28%
   b.  Electrical Operation    4010    36%
   c.  Mechanical Operation    3771    34%
   d.  Design Patents          174     2%

3.  Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………...….……................... .3568……………32%

5.  Decisions on requests………………………………………………………………..10495

   a.  No. granted……………………………………………… …9648…………....92%

      (1)  By examiner              9534
      (2)  By Director (on petition)  114

   b.  No. denied ………………………………………………………847…………......8%

      (1)  By examiner       812
      (2)  Reexam vacated    35

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director)…………........................926

    a.  Patent owner requester                  451      49%
    b.  Third party requester                   475      51%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                      25.5 (mos.)
    b.  Median pendency                       20.0 (mos.)

8.  Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

    a.  Certificates with all claims confirmed      1817     23%
    b.  Certificates with all claims canceled       893     12%
    c.  Certificates with claims changes       5072     65%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………..2947

        (1)  All claims confirmed          638     22%
        (2)  All claims canceled          251      8%
        (3)  Claim changes            2058     70%

    b.  Certificates – 3rd PARTY REQUESTER ……………………………………...4681

        (1)  All claims confirmed        1161     25%
        (2)  All claims canceled         607     13%
        (3)  Claim changes           2913     62%

    c.  Certificates – COMMISSIONER INITIATED REEXAM ………….………….....154

        (1)  All claims confirmed           18     12%
        (2)  All claims canceled           35     23%
        (3)  Claim changes             101     65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2009

1.   Total requests filed since start of *ex parte* reexam on 07/01/81................................. 10243[1]

| | | |
|---|---|---|
| a.  By patent owner | 3634 | 35% |
| b.  By other member of public | 6444 | 63% |
| c.  By order of Commissioner | 165 | 2% |

2.   Number of filings by discipline

| | | |
|---|---|---|
| a.  Chemical Operation | 2931 | 29% |
| b.  Electrical Operation | 3596 | 35% |
| c.  Mechanical Operation | 3554 | 34% |
| d.  Design Patents | 162 | 2% |

3.   Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation………....….….…................ .3221……………31%

5.   Decisions on requests……………………………………………………………...9833

   a.  No. granted…………………………………………… …9041…………....92%

| | | |
|---|---|---|
| (1)  By examiner | 8928 | |
| (2)  By Director (on petition) | 113 | |

   b.  No. denied ……………………………………………………792…………......8%

| | | |
|---|---|---|
| (1)  By examiner | 757 | |
| (2)  Reexam vacated | 35 | |

---

[1] Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director)…………......................870

    a.  Patent owner requester                                      445        51%
    b.  Third party requester                                       425        49%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                                       25.2 (mos.)
    b.  Median pendency                                        19.7 (mos.)

8.  Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a.  Certificates with all claims confirmed            1725        25%
    b.  Certificates with all claims canceled              807        11%
    c.  Certificates with claims changes                 4557        64%

10.  Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER …………………………………2827

        (1)  All claims confirmed                          625        22%
        (2)  All claims canceled                           233         8%
        (3)  Claim changes                               1969        70%

    b.  Certificates – 3rd PARTY REQUESTER ……………………………………….4111

        (1)  All claims confirmed                         1082        26%
        (2)  All claims canceled                           540        13%
        (3)  Claim changes                               2489        61%

    c.  Certificates – COMMISSIONER INITIATED REEXAM …………..………....151

        (1)  All claims confirmed                           18        12%
        (2)  All claims canceled                            34        23%
        (3)  Claim changes                                 99        65%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2008

1.    Total requests filed since start of _ex  partes_ reexam on 07/01/81 ................................. 9585[1]

|  |  |  |  |
|---|---|---|---|
| a. | By patent owner | 3567 | 37% |
| b. | By other member of public | 5853 | 61% |
| c. | By order of Commissioner | 165 | 2% |

2.    Number of filings by discipline

|  |  |  |  |
|---|---|---|---|
| a. | Chemical Operation | 2811 | 29% |
| b. | Electrical Operation | 3261 | 34% |
| c. | Mechanical Operation | 3357 | 35% |
| d. | Design Patents | 156 | 2% |

3.    Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.    Number known to be in litigation…………...….…….….................. .2849………........30%

5.    Decisions on requests……………………………………………………………………...9219

    a.  No. granted………………………………………………… …..8467…………....92%

|  |  |
|---|---|
| (1)  By examiner | 8354 |
| (2)  By Director (on petition) | 113 |

    b.  No. denied ……………………………………………………752…………….......8%

|  |  |
|---|---|
| (1)  By examiner | 717 |
| (2)  Reexam vacated | 35 |

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reserved by Director)…………......................830

    a. Patent owner requester                  441     53%
    b. Third party requester                   389     47%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                 24.5 (mos.)
    b. Median pendency                  19.0 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 28% | 12% | 25% |
| b. All claims cancelled | 8% | 13% | 21% | 11% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 – present) …………………….6457

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 1624 | 25% |
| b. Certificates with all claims canceled | 721 | 11% |
| c. Certificates with claims changes | 4112 | 64% |

10. Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………..2722

| | | |
|---|---|---|
| (1) All claims confirmed | 611 | 22% |
| (2) All claims canceled | 214 | 8% |
| (3) Claim changes | 1897 | 70% |

    b. Certificates – 3rd PARTY REQUESTER ……………………………………….3588

| | | |
|---|---|---|
| (1) All claims confirmed | 995 | 28% |
| (2) All claims canceled | 476 | 13% |
| (3) Claim changes | 2117 | 59% |

    c. Certificates – COMM'R INITIATED REEXAM …………………..…………....147

| | | |
|---|---|---|
| (1) All claims confirmed | 18 | 12% |
| (2) All claims canceled | 31 | 21% |
| (3) Claim changes | 98 | 67% |

2